# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT KNOXVILLE
### August 22, 2000 Session

## STATE OF TENNESSEE v. CORNELIUS MICHAEL HYDE

**Appeal from the Circuit Court for Blount County**
**No. C-10230      D. Kelly Thomas, Jr., Judge**

---

**No. E2000-00042-CCA-R3-CD**
**December 28, 2000**

---

ROBERT W. WEDEMEYER, J., concurring.

I concur in the results reached in the opinion authored by Judge Welles.  I differ only in that I believe, as Judge Tipton states in his dissent, that "the failure to instruct on lesser-included offenses in the present case constituted error of a constitutional dimension."  I have concluded, however, that in this case the State has demonstrated beyond a reasonable doubt that the error did not affect the outcome of the trial.  Therefore, I concur in the result reached by Judge Welles concerning the issue of lesser-included offenses, and I concur in all respects with the reasoning and results reached by Judge Welles in the remainder of his opinion.

_____
ROBERT W. WEDEMEYER, JUDGE